**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Luis SAIZ, Defendant–Appellant.**

**No. 08–10180.**

United States Court of Appeals, Ninth Circuit.

cation and is not precedent except as provid-

Submitted Sept. 14, 2009.*

Filed Oct. 2, 2009.

Christina Marie Cabanillas, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Luis Saiz, Adelanto, CA, pro se.

Darla Jean Mondou, Esquire, Marana, AZ, for Defendant–Appellant.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

ed by 9th Cir. R. 36–3.
* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Luis Saiz appeals from his guilty-plea conviction and 40–month sentence imposed for transportation of illegal aliens for profit, in violation of 8 U.S.C. § 1324(a)(1)(A) and 1324(a)(1)(B)(i).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Saiz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.